United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br>COLLIE GEORGE DOWNER,<br>        Petitioner.<br>_____/ | No. C-14-2014 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

      This action was opened on May 1, 2014, when the Court received from Collie George Downer a letter complaining about his state court criminal case. On that date, the Court notified Mr. Downer in writing that his action was deficient in that he had not attached a habeas petition and had not paid the filing fee or filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a petition and pay the filing fee or submit an *in forma pauperis* application within thirty days. Mr. Downer has not filed a habeas petition, and the deadline by which to do so has passed. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

      IT IS SO ORDERED.

Dated: August 28, 2014

                                                            EDWARD M. CHEN<br>
                                                          United States District Judge